IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02507-AP

DIXIE BORN,

    Plaintiff,

     v.

KATHLEEN SEBELIUS,
Secretary of the United States
Department of Health &
Human Services,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| TERESA H. ABBOTT | JOHN F. WALSH |
| Law Office of Teresa Abbott, P.C. | United States Attorney |
| 3515 South Tamarac Drive, Suite 200 | WILLIAM G. PHARO |
| Telephone (303) 757-5000 | United States Attorney's Office |
| Facsimile (303) 689-9627 | 1225 17th Street, Suite 700 |
| E-mail: abbott.teresa@gmail.com | Denver, CO 80202 |
| | Telephone: (303) 454-0184 |
| | Facsimile: (303) 454-0400 |
| | Email: william.pharo@usdoj.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) and/or section 1869(b) of the Social Security Act, 42 U.S.C. § 405(g), § 1395ff(b).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

A. Date Complaint Was Filed: 09/22/2011
B. Date Complaint Was Served on U.S. Attorney's Office: 12/26/2011
C. Date Answer and Administrative Record Were Filed: 01/27/2012

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the Administrative Record appears to be complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case presents no unusual claims or defenses.

7. **OTHER MATTERS**

There are no other matters.

8. **BRIEFING SCHEDULE**

A. Plaintiff's Opening Brief Due: 05/21/2012
B. Defendant's Response Brief Due: 06/21/2012
C. Plaintiffs Reply Brief (If Any) Due: 07/06/2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. Plaintiff's Statement: Plaintiff does not request oral argument.
B. Defendant's Statement: Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 27th day of April, 2012.

BY THE COURT:

*s/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

TERESA H. ABBOTT
Law Office of Teresa Abbott, P.C.
3515 South Tamarac Drive, Suite 200
Telephone (303) 757-5000
 Facsimile (303) 689-9627
E-mail:  abbott.teresa@gmail.com

For Defendant:

JOHN F. WALSH
United States Attorney
WILLIAM G. PHARO
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0184
Facsimile: (303) 454-0400
E-mail: william.pharo@usdoj.gov