**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02507-PAB

DIXIE BORN,

    Plaintiff,

v.

KATHLEEN SEBELIUS, Secretary of Health and Human Services,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 13] of Judge Philip A. Brimmer entered on September 24, 2013 it is

    **ORDERED** that the decision of the Secretary that plaintiff is not entitled to benefits under Medicare Part B is **AFFIRMED**.  It is

    **FURTHER ORDERED** that Plaintiff recovers nothing, the action be dismissed.

    Dated at Denver, Colorado this 24th day of September, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    s/Kathy Preuitt-Parks

    Kathy Preuitt-Parks
    Deputy Clerk